Frank FULLER, Appellant, v. J. M. Mc-CAULEY, Warden, Washington State Penitentiary, Appellee.

No. 8660.

Circuit Court of Appeals, Ninth Circuit.

Jan. 14, 1938.

Frank Fuller, in pro. per.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

The order herein appealed from, 20 F.Supp. 206, is affirmed upon the authority of Hall v. People of State of California, 9 Cir., 79 F.2d 132, and cases there cited. See, also, McCauley v. Palmer, 9 Cir., 91 F.2d 1017; McCauley v. Goldberg, 9 Cir., 91 F.2d 1016; and McCauley v. Mehlhorn, 9 Cir., 91 F.2d 1017.

Blanche W. FULLERTON, Administratrix of Estate of John F. Fullerton (Also Known as Don Fullerton), Deceased, Appellant, v. SEARS, ROEBUCK & CO., a New York Corporation, Appellee.

No. 7316.

Circuit Court of Appeals, Sixth Circuit.

Dec. 17, 1937.

Carlton M. Robson and Frost, Frost & Ford, all of Kalamazoo, Mich., for appellant.

Lederer, Livingston, Kahn & Adler, of Chicago, Ill., and Howard & Howard, of Kalamazoo, Mich., for appellee.

Before MOORMAN, Hicks, and SIMONS, Circuit Judges.

PER CURIAM.

The court being of opinion that the trial court did not commit error in the admission or rejection of any testimony offered on the trial or in directing the jury to return a verdict for the appellee, it is ordered that the judgment be affirmed.

John J. GETTLESON, Appellant, v. The UNITED STATES of America, Appellee.

No. 7387.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1937.

David I. Hubar, Alfred A. May, Arthur H. Ratner, and Wisok, Maguire & Wisok, all of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

Upon the stipulation filed herein, dated the 8th day of December, 1937, and it appearing that the Supreme Court of the United States has determined that the first count of the indictment herein fails to state a crime against the United States of America, it is ordered that the judgment of conviction heretofore entered against the appellant, John J. Gettleson, by the District Court of the United States for the Eastern District of Michigan, Southern Division be, and the same hereby is, reversed, and it is further ordered that the District Court of the United States for the Eastern District of Michigan, Southern Division be, and hereby is, directed to make and enter its order dismissing the first count of the indictment in the within cause.